David B. Shemano (State Bar No. 176020)
*dshemano@pwkllp.com*
Monsi Morales (State Bar No. 235520)
*mmorales@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Proposed Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>POLLO WEST CORP., a California corporation, and MI POLLO, INC., a California corporation,<br><br>Debtors and Debtors-in-Possession. | Case No.: 1:11-11433-VK<br><br>Chapter 11<br><br>(Jointly Administered with Case No.: 1:11-11434-VK)<br><br>**NOTICE OF CONTINUED HEARING ON (1) MOTION OF DEBTORS FOR ORDER AUTHORIZING AND APPROVING (A) USE OF CASH COLLATERAL, AND (B) GRANT OF ADEQUATE PROTECTION TO SECURED CREDITORS; AND (2) MOTION FOR ORDER AUTHORIZING THE DEBTORS TO PAY (A) POSTPETITION INSIDER COMPENSATION, AND (B) THE PRIOIRTY PREPETITION WAGE CLAIMS OF INSIDERS**<br><br>**Hearing:**<br><br>Date: April 28, 2011<br>Time: 2:30 p.m.<br>Place: Courtroom 301<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |
| **Check One or More as Appropriate:**<br><br>Affects Both Debtors: ☒<br>Affects Pollo West Corp. only: ☐<br>Affects Mi Pollo, Inc. only: ☐ | |

1

**TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, PARTIES ASSERTING AN INTEREST IN THE CASH COLLATERAL, THE 20 LARGEST UNSECURED CREDITORS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on April 28, 2011 at 2:30 p.m., or as soon thereafter as the matter can be heard (the "Hearing"), before the Honorable Victoria Kaufman, United States Bankruptcy Judge, in Courtroom 301, located at 21041 Burbank Blvd., Woodland Hills, California, the Bankruptcy Court will hear and consider the Debtors' motions for authorization (1) to use cash collateral on and after April 30, 2011 and the grant of adequate protection to secured creditors, and (2) to pay post-petition insider compensation on a final basis and the priority pre-petition wage claims of insiders (together, the "Motions"), filed by the above-captioned debtors (the "Debtors") in these jointly-administered chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's instruction and the interim Orders on the Motions, no further motion is required and all objections to the Motions raised previously are preserved until the Hearing.  Any supplemental objections shall be filed with the Court and served on counsel for the Debtors and the Office of the United States Trustee no later than April 14, 2011.  Any supplemental reply in support of the Motions shall be filed with the Court and served on the Office of the United States Trustee and the objecting parties no later than April 21, 2011.  Pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file and serve an objection to the Motions may be deemed by the Bankruptcy Court to be consent to the granting of the relief requested therein.

Dated: March 15, 2011                             PEITZMAN, WEG & KEMPINSKY LLP

                                                          By:  /s/ Monsi Morales
                                                              David B. Shemano
                                                               Monsi Morales

Proposed Counsel for Pollo West Corp. and Mi Pollo, Inc., Debtors and Debtors in Possession

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**PEITZMAN, WEG & KEMPINSKY LLP**
**2029 CENTURY PARK EAST, SUITE 3100**
**LOS ANGELES, CA 90067**

A true and correct copy of the foregoing document described as ***NOTICE OF CONTINUED HEARING ON (1) MOTION OF DEBTORS FOR ORDER AUTHORIZING AND APPROVING (A) USE OF CASH COLLATERAL, AND (B) GRANT OF ADEQUATE PROTECTION TO SECURED CREDITORS; AND (2) MOTION FOR ORDER AUTHORIZING THE DEBTORS TO PAY (A) POSTPETITION INSIDER COMPENSATION, AND (B) THE PRIOIRTY PREPETITION WAGE CLAIMS OF INSIDERS*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 15, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Alicia Clough    alicia.clough@kayescholer.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Kristin Knox Esche    kristinknoxesche@dwt.com, lisahernandez@dwt.com
- Jerome Bennett Friedman    jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com;jmartinez@jbflawfirm.com
- Mary H Haas    maryhaas@dwt.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Andy Kong    Kong.Andy@ArentFox.com
- Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com;mshabpareh@rutterhobbs.com
- Mette H Kurth    kurth.mette@arentfox.com
- Christopher N Lachowicz    nik@lachowiczlaw.com
- Leib M Lerner    leib.lerner@alston.com
- Craig G Margulies    cmargulies@margulies-law.com
- Craig Miller    craigmiller@dwt.com, sheilarowden@dwt.com;seadocket@dwt.com
- Monserrat Morales    mmorales@pwkllp.com
- Susan K Seflin    sseflin@wrslawyers.com
- David B Shemano    dshemano@pwkllp.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Joseph M VanLeuven    joevanleuven@dwt.com

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 15, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Served by U.S. Mail:**
Hon. Victoria S. Kaufman
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

**Served by U.S. Mail:**
Dare Law
Office of the United States Trustee
725 S Figueroa St #2600
Los Angeles, CA 90017

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 15, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Served by Electronic Mail:**
**Counsel for Rewards Network**
Anthony Cali – Anthony.Cali@quarles.com
Isaac Gabriel – isaac.gabriel@quarles.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 15, 2011** | **Grazel Garcia** | **/s/ Grazel Garcia** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION:**

## TOP 20 UNSECURED CREDITORS

| | | |
|---|---|---|
| BANK OF AMERICA<br>COMMERCIAL BANKING<br>MAIL CODE CA8-507-01-23<br>21300 VICTORY BLVD., STE 120<br>WOODLAND HILLS, CA  91367 | ROSA PINUELAS<br>18746 MAPLEWOOD LAND<br>NORTHRIDGE, CA  91326 | WELLS FARGO BANK, N.A.<br>PO BOX 54349<br>LOS ANGELES, CA 90054 |
| MARTINI, IOSUE AND AKPOVI<br>16830 VENTURA BLVD., SUITE 415<br>ENCINO, CA  91436-1707 | CITRON AND DEUTCH<br>10866 WILSHIRE BLVD., SUITE 970<br>LOS ANGELES, CA 90024 | REGENCY DEVELOPMENT<br>265 SANTA HELENA, SUITE 211<br>SOLANA BEACH, CA  92075 |
| JOSEPH B. SCUDIERO<br>21535 HAWTHORNE BLVD, STE. 290<br>TORRANCE, CA 90503-6640 | B.R.S. MUSIC & SOUND<br>3156 E. LA PALMA AVENUE #C & D<br>ANAHIEM, CA 92806 | SOUTHERN CALIFORNIA EDISION<br>PO BOX 300<br>ROSEMEAD, CA 91772 |
| MICROS SYSTEMS, INC<br>P.O. BOX 23747<br>BALTIMORE, MD 21203-5747 | TRIMARK ROBERT CLARK<br>DEPT. LA 22275<br>PASADENA, CA 91185 | POS TECHNICAL SERVICE<br>1440 N. LAKEVIEW AVENUE<br>ANAHEIM, CA 92807 |
| SERVICE CHECK, INC<br>167 CENTRAL AVE, SUITE C<br>PACIFIC GROVE, CA 93950 | TIGER, INC.<br>DEPT. 2192<br>TULSA, OK 74182 | LA COUNTY TAX COLLECTOR<br>P.O. BOX 54027<br>LOS ANGELES, CA 90054-0027 |
| AIRGAS WEST<br>P.O. BOX 7423<br>PASADENA, CA 91109-7423 | HOME DEPOT CREDIT SERVICES<br>DEPT. 32-2001517519<br>HOME DEPOT CREDIT SERVICES<br>P.O. BOX 6029<br>THE LAKES, NV 88901-6029 | CREST UNIFORM COMPANY<br>ARAMARK<br>P.O. BOX 894704<br>LOS ANGELES, CA 90189-4704 |
| MUZICRAFT – SANTA BARBARA<br>P.O. BOX 4575<br>SANTA BARBARA, CA 93140 | HEALTH NET<br>P.O. BOX 9103<br>VAN NUYS, CA 91409 | KAMRAN & COMPANY, INC.<br>411 E. MONTECITO ST.<br>SANTA BARBARA, CA 93101 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**TOP 20 UNSECURED CREDITORS**

| | | |
|---|---|---|
| VENTURA COUNTY TAX COLLECTOR<br>CITY OF VENTURA<br>P.O. BOX 99<br>VENTURA, CA 93002 | ROBERT KROCK<br>71 N. DEWEY AVENUE<br>NEWBURY PARK, CA 91320 | CITY OF LOS ANGELES<br>P.O. BOX 53200<br>LOS ANGELES, CA 90053-0500 |
| GI INDUSTRIES<br>P.O. BOX 541065<br>LOS ANGELES, CA 90054-1065 | | |

**SECURED CREDITOR**

JANI FAMILY TRUST DATED 4/13/90
2603 TUSCANY WAY
FULLERTON, CA 92835
ATTN: GUNVAN & JANI AND KUNCE
JANI, TRUSTEES

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**